[No. 31833-8-III.   Division Three.   November 20, 2014.]

PAMELA CLONINGER, *Individually and as Personal Representative, Appellant,* v. KIM CHEN ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-04888-2, Kathleen M. O'Connor, J., entered July 16, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 32041-3-III.   Division Three.   November 20, 2014.]

*In the Matter of the Marriage of* SURESH PHILIP, *Appellant,* and JAYA P. PHILIP, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 10-3-01133-2, Robert G. Swisher, J., entered October 24, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 70051-1-I.   Division One.   November 24, 2014.]

4105 1ST AVENUE SOUTH INVESTMENTS, LLC, *Respondent,* v. GREEN DEPOT WA PACIFIC COAST, LLC, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-2-01450-7, Judith H. Ramseyer, J., entered February 4, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 70217-3-I.   Division One.   November 24, 2014.]

COLUMBIA STATE BANK, *Respondent,* v. BRUCE JOHNSON CONTRACTOR LLC, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 12-2-01516-6, Susan K. Cook, J., entered March 27, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Lau, J.